ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/15/2015 4:42:26 PM
KEITH HOTTLE
CLERK

## No. 04-14-00906

IN RE: DAVID MAUK             §        IN THE FOURTH
Relator                       §
                              §
                              §        COURT OF APPEALS
                              §
                              §
                              §
                              §        SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/15/2015 4:42:26 PM
KEITH E. HOTTLE
Clerk

## MOTION TO STAY TRIAL COURT PROCEEDINGS

TO THE HONORABLE COURT OF APPEALS:

Defendant Appellant and now real party in interest ("Relator") herein, David Mauk, files this Motion to Stay Trial Court Proceedings pending the Fourth Court of Appeals' determination of Appellant's Notice of Interlocutory Appeal resulting from the trial court's denial of Defendant's Amended Motion to Dismiss for Lack of Jurisdiction-Tex. Civ. Prac. Rem. Code §101.106(f) ("Plea to the Jurisdiction") and shows:

### A.  INTRODUCTION

1.     Adolfo Ruiz, with the law firm of McKamie Krueger, LLP, State Bar No. 17385600, is the lead counsel for the filing party. Mr Ruiz's address and contact information are as follows:  941 Proton Road, San Antonio, Texas 78258; telephone no. (210) 546-21-22; fax no. (210) 546-2130; e-mail address adolfo@mckamiekrueger.com.  The record will reflect that Relator, David Mauk, is

1

a governmental employee and General Manager for the Bandera County River Authority and Ground Water District ("BCRAGD") a political subdivision of the State of Texas created in 1971, by the 62nd Texas Legislature under House Bill 988 and the provisions of Article XVI, Section 59 of the Texas Constitution.[1] BCRAGD's governing body is comprised of a board of directors. *Tex. Water Code §36.051.* The board may delegate to the general manager full authority to manage and operate the affairs of the district. *Tex. Water Code §36.056.*

2.     Relator filed his accelerated Interlocutory Appeal as a result of the trial court's order denying Defendant's Plea to the Jurisdiction pursuant to *Tex. R. App. P. 28.1.* Relator perfected his Interlocutory Appeal pursuant to *Tex. R. App. P. 28.1 (b)* by filing his Notice of Interlocutory Appeal with the Bexar County District Clerk and the Fourth Court of Appeals on December 22, 2014, and December 24, 2014, respectively.  Plaintiffs/Appellees received notice of the filings on the same date. (See Appendix #1 and #2).

3.     After filing Relator's Notices of Interlocutory Appeal, Plaintiffs/Appellees filed their Motion for Mediation on December 29, 2014, setting the motion for hearing before the Bexar County Alternate Dispute Resolution District Judge, Antonia Arteaga, for January 14, 2015. (See Appendix #3).   Relator filed an

---

[1] A copy of the trial court's record was not available to Relator's attorney in the preparation of this motion.

2

Advisory to the Court notifying Judge Arteaga of the stay of proceedings pursuant to *Tex. Civ. Prac. & Rem. Code §51.014(b)* and arguing to the court at the hearing that the trial court has no jurisdiction to consider Plaintiffs'/Appellees' Motion for Mediation.  In the alternative, subject to Relator's Plea to the Jurisdiction, Relator requested Judge Arteaga to wait on ordering mediation until the determination of Relator's Plea to the Jurisdiction, because a ruling on the Plea to the Jurisdiction in Relator's favor will end the litigation. [2]  (See Appendix #4).  Despite Relator's arguments, Judge Arteaga ordered that the parties participate in mediation the first week of March 2015.

## B.  ARGUMENT & AUTHORITIES

4.     A plea to the jurisdiction contests the trial court's power to determine the subject matter of the controversy.  *Texas Hwy. Dep't v. Jarrell,* 418 S.W. 2d 486, 488 (Tex. 1967); *American Pawn & Jewelry, Inc. v. Kayal*, 923 S.W. 2d 670, 672 (Tex. App. –Corpus Christi 1996, writ den'd); *State v. Benavides*, 772 S.W. 2d 271, 273 (Tex. App.–Corpus Christi 1989, writ den'd).  Subject matter jurisdiction is essential to the authority of the Court to decide a case.  *Texas Ass'n of Bus. v. Texas Air Bd.,* 852 S.W. 2d 440, 443 (Tex. 1993).  Want of jurisdiction arrests a cause of action at any stage in the proceeding.  *Liberty Mut. Ins. Co. v. Sharp,* 874 S.W. 2d

---

[2] Relator also requested, in the alternative, that the trial court wait until after the parties dispositive motions are filed and ruled upon by the trial court.

736, 739 (Tex. App.–Austin 1994, writ den'd).  Without subject matter jurisdiction, a court cannot render a valid judgment.  *Garcia Marroquin v. Nueces County Bail Bd.*, 1 S.W. 3d 336, 374 (Tex. App.–Corpus Christi 1999, n.p.h.)  Subject matter jurisdiction is not presumed and cannot be waived.  *Continental Copy Products Co. v. Cazarez,* 937 S.W. 2d 444, 448-49 n.2 (Tex. 1996).

5.      The trial court's denial of Relator's Plea to the Jurisdiction is immediately appealable under *Tex. Civ. Prac. & Rem Code §51.014(a) (8).*

6.      The perfection of an interlocutory appeal from a trial court denying the Plea to the Jurisdiction stays all proceedings in the trial court, including trial on the merits, pending the resolution of the appeal.  *Tex. Civ. Prac. & Rem. Code §51.014(b).*

7.      Also, the trial court is prohibited by statute, *Tex. Civ. Prac. & Rem. Code §51.014(b),* from retaining jurisdiction of trial court proceedings while an appeal from an interlocutory order is pending.  *Tex. R. App. P.  29.5.*

8.      Irrespective of *§51.014(b)* statutory stay*,* the Appellate Court may grant a Motion to Stay as a temporary order when an appeal from an interlocutory order is perfected in order to preserve the Relator's rights until the disposition of the appeal. *Tex. R. App. P. 29.3.*

9.      Relator is requesting a stay of the trial court proceedings because the trial court's order for Relator to participate in mediation at this stage interferes with or impairs the jurisdiction of the Appellate Court, the effectiveness of any relief sought

4

by Relator, and the relief that may be granted to Relator on appeal. Before the Court of Appeals has an opportunity to consider Relator's filed dispositive Plea to the Jurisdiction, the trial court determined that it has jurisdiction of this litigation and ordered the parties to mediation in early March to obtain a final resolution of this case. The trial court ignored Relator's attorney's alternative request to give the Court of Appeals more time to make its determination on Relator's Plea to the Jurisdiction. The trial court's action impairs the Appellate Court's jurisdiction and the effectiveness of the relief sought by Relator on appeal. *Tex. R. App. P. 29.5.* The Court of Appeals' determination of Relator's Plea to the Jurisdiction will materially advance the ultimate termination of the litigation by determining if the trial court has jurisdiction to consider Plaintiffs'/Appellees' case against Relator rendering mediation moot if Relator's Plea to the Jurisdiction is granted.

10. Relator includes a verification herein to establish facts not in the record and not within the court's knowledge in its official capacity. *Tex. R. App. P. 10.2.* Said facts are set forth in Attachments #1 through #4 herein and described in the index.

## C. CONCLUSION

11. An order staying the trial court proceedings is necessary not only because of the immediate stay granted by statute *Tex. Civ. Prac. & Rem. Code §51.014(b)*, but because participation in court ordered mediation prior to the Court of Appeals' determination of Relator's Plea to the Jurisdiction, that may end the litigation, will

5

place Relator in an unfair status, by taking away or severely restricting his ability to legally seek dismissal of the case brought by Plaintiff/Appellees against Relator. Also, Relator will be forced to expend time and resources to participate in a good faith mediation when dispositive issues that will be beneficial to Relator are still outstanding. Such a circumstance makes the required good faith mediation impossible.

## D. PRAYER

For the reasons stated in this motion, Relator asks relief from the Court of Appeals to maintain the status quo of the parties; preserve the Court of Appeals' jurisdiction; and stay all trial court proceedings to include trial court ordered mediation the first week of March 2015.

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I have conferred with Appellees' counsel, Megan H. Kucera, by telephone about the merits of Relator's Motion for Stay of Trial Court Proceedings and she is opposed to the motion.

Respectfully submitted,

**MCKAMIE KRUEGER, LLP**
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

/s/ Adolfo Ruiz
_____
ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK**

## VERIFICATION

STATE OF TEXAS          §
BEXAR COUNTY          §

Before me, the undersigned notary, on this day personally appeared Adolfo Ruiz, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Adolfo Ruiz. I am capable of making this verification. I have read the *Motion to Stay Trial Court Proceedings*. The facts stated within it are within my personal knowledge and are true and correct."

_____
Adolfo Ruiz

Sworn to and subscribed before me by Adolfo Ruiz on January 15, 2015.

TRACY CRUZ
Notary Public, State of Texas
My Commission Expires
January 06, 2019

_____
Notary Public in and for
the State of Texas

7

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of ***Relator's Motion to Stay Trial Court Proceedings*** has been served on the party listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is adolfo@mckamiekrueger.com.

Keith P. Miller
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232

/s/ Adolfo Ruiz
Adolfo Ruiz

**No. 04-14-00906-CV**

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

**DAVID MAUK**

Appellant

v.

**PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL**

Appellees

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court, Bexar
County, Texas

**APPENDIX TO RELATOR'S MOTION TO STAY**

**Exhibits:**

TAB 1:     *Notice of Interlocutory Appeal and Supersedeas (Accelerated) on the
           Denial of Plea to the Jurisdiction*, filed with the Bexar County District
           Clerk, and served on opposing counsel Megan Kucera via facsimile on
           December 22, 2014.

TAB 2:     *Notice of Interlocutory Appeal*, filed with the Fourth Court of Appeals
           at San Antonio, Texas and served on opposing counsel Megan Kucera
           via facsimile on December 24, 2014.

TAB 3: *Plaintiffs' Motion for Mediation*, filed with the Bexar County District Clerk, and served by opposing counsel Megan Kucera via facsimile on December 29, 2014.

TAB 4: *Defendant's Advisory to the Court and in the Alternative, Motion to Postpone Referral of Matter to Mediation,* served on opposing counsel Megan Kucera via facsimile on January 9, 2015 and filed with the Bexar County District Clerk on January 12, 2015.

# TAB 1

FILED
12/22/2014 10:36:34 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

## NOTICE OF INTERLOCUTORY APPEAL AND SUPERSEDEAS *(Accelerated)* ON THE DENIAL OF PLEA TO THE JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, David Mauk, files this Notice of Interlocutory Appeal under TEX. CIV. PRAC. & REM. CODE §51.014 (a) (8), notifying the Court and all other parties of this appeal of the Court's December 8, 2014, denial of the Defendant's Plea to the Jurisdiction – Tex. Civ. Prac. Rem. Code §101.106(f).

1.      A true and correct copy of the Court's Order is attached hereto as Exhibit "A," and incorporated for all purposes. The Court's denial of the Plea to the Jurisdiction is immediately appealable under TEX. CIV. PRAC. & REM. CODE § 51.014(a) (8).

2.      This interlocutory appeal is taken to the Fourth Court of Appeals, in San Antonio, Texas.

3.      Further, Defendant clearly challenged the trial court's subject matter jurisdiction (Plea to the Jurisdiction) which was filed for submission or hearing not later than the latter of the 180th day after the date Defendant filed his original answer or other first responsive pleading as required by Tex. Civ. Prac. & Rem. Code § 51.014(c). In the Alternative, Defendant's Amended Motion to Dismiss (Plea to the Jurisdiction) was filed for submission or hearing not later than the

1

H:\Docs\Pipe Creek Water Well, Inc.-3338\Pleadings\Notice of Interlocutory Appeal - PTJ.doc

latter of a date set by the trial court in a scheduling order entered under the Texas Rules of Civil Procedure as required by Tex. Civ. Prac. & Rem. Code § 51.014(c).

4. The perfection of an interlocutory appeal from a trial court order denying the Plea to the Jurisdiction stays all proceedings in the trial court, including trial on the merits, pending resolution of the appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(b).

5. Further, supersedeas of the trial court's order is automatic. It is undisputed that Defendant, David Mauk, is the General Manager and public employee of the Bandera County River Authority Groundwater District, a political subdivision of the State of Texas, and is exempt from security for costs, including bonds for appeal and supersedeas. Tex. Civ. Prac. & Rem. Code § 51.014(b). *Greanias v. City of Houston*, 841 S.W.2d 411, 413 (Tex. App. – Houston [1st. Dist.] 1992, orig. proceeding.

6. This is an accelerated appeal. Tex. Civ. Prac. & Rem. Code § 51.014; Tex. R. App. P. 25.1(d) (6).

**WHEREFORE, PREMISES CONSIDERED**, Defendant files this Notice of Interlocutory Appeal and Supersedeas for purposes of obtaining Appellate review of the trial court's denial of Defendant's Plea to the Jurisdiction and requests the Court and all parties take due notice.

Respectfully submitted,

MCKAMIE KRUEGER, LLP
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

H:\Docs\Pipe Creek Water Well, Inc.-3338\Pleadings\Notice of Interlocutory Appeal - PTJ.doc

By: /s/: Adolfo Ruiz
ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, a true and correct copy of *Defendant's Notice of Interlocutory Appeal and Supersedeas* was served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Telephone: 210.524.9040

*Via facsimile: 210.267.2982*

/s/: Adolfo Ruiz
Adolfo Ruiz

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § § | BEXAR COUNTY, TEXAS |

### ORDER DENYING DEFENDANT'S AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION (PLEA TO THE JURISDICTION)-Tex. Civ. Prac. & Rem. Code §101.106(f)

On November 20, 2014 the Court considered the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) and Plaintiffs' Response thereto, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) is DENIED.

Signed on _____ DEC - 8 2014 _____, 2014.

_____
JUDGE RICHARD PRICE

Pipe Creek\Pleadings\3338\Order Denying MTD    - 1 -

APPROVED AS TO FORM ONLY:

KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449
Law Offices of Keith P. Miller, P.C.
Independence Plaza II
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982
Attorneys for Plaintiffs, Pipe Creek Water
Well, LLC and Robert Rae Powell

WILLIAM M. McKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com
ADOLFO RUIZ
State Bar No. 17385600
adolfo@mckamiekrueger.com
McKamie Krueger, LLP
941 Proton Road
San Antonio, Texas 78258
Tel: (210) 546-2122
Fax: (210) 546-2130
Attorneys for Defendant,
David Mauk

Pipe Creek\Pleadings\3338\Order Denying MTD    -2-

# EXHIBIT A



McKamie Krueger, LLP

941 Proton
San Antonio, Texas 78258
210-546-2122
210-546-2130
www.mckamiekrueger.com

# Fax

To:
    Megan H. Kucera and Keith P. Miller

Fax:    267.2982                      Phone:

From:  Karen Jouett, Paralegal to Mr. Adolfo Ruiz

Date:    December 22, 2014             Pages:   6, including coversheet

Re:  Pipe Creek Water Well, Inc. and Robert Rae Powell v. David Mauk; Our File #3338

COMMENTS: Please see attached *Notice of Interlocutory Appeal and Supersedeas (Accelerated) on the Denial of Plea to the Jurisdiction*, electronically filed with the Bexar County Clerk on this date. Thank you.

NOTICE: The information contained in this message is intended for the personal and confidential use of the recipient(s) named above and may be privileged under Tex. R. Civ. P. 192, Article V of the Texas Rules of Evidence, and other related statutory, quasi-statutory, and common law. In agreement with Chapter 552 of the Texas Gov't Code (the "Texas Public Information Act"), the material that is incorporated within this communication may not be dependent upon disclosure to the public under Section 552.101, et seq., of the Code. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited under Tex. R. Civ. P. 193.3(d). If you have received this communication in error, please notify us immediately, and delete the original message. THIS IS NOT A PUBLIC RECORD

```
********************
*** FAX TX REPORT ***
********************

              TRANSMISSION OK

JOB NO.               0803
DEPT. ID              2003
DESTINATION ADDRESS   2672982
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME              12/22 10:51
USAGE T               01'12
PGS.                  6
RESULT                OK
```



McKamie Krueger, LLP

941 Proton
San Antonio, Texas 78258
210-546-2122
210-546-2130
www.mckamiekrueger.com

# Fax

| | |
|---|---|
| To: Megan H. Kucera and Keith P. Miller | |
| Fax: 267.2982 | Phone: |
| From: Karen Jouett, Paralegal to Mr. Adolfo Ruiz | |
| Date: December 22, 2014 | Pages: 6, including coversheet |
| Re: Pipe Creek Water Well, Inc. and Robert Rae Powell v. David Mauk; Our File #3338 | |

COMMENTS: Please see attached *Notice of Interlocutory Appeal and Supersedeas (Accelerated) on the Denial of Plea to the Jurisdiction*, electronically filed with the Bexar County Clerk on this date. Thank you.

TAB 2

ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 2:34:20 PM
KEITH HOTTLE
CLERK

No._____04-14-00906-CV_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 2:34:20 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

## DAVID MAUK,

Appellant

v.

## PIPE CREEK WATER WELL, LLC. AND ROBERT RAE POWELL,

Appellees

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court,
Bexar County, Texas
The Honorable Richard Price, Presiding

## NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant, David Mauk ("Mauk"), files this Notice of Interlocutory Appeal and shows:

1.    A true and correct copy of the Court's December 8, 2014 Order signed by The Honorable Richard Price of the 285th Judicial District Court, denying Defendant's Amended Motion to Dismiss for Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ.Prac. Rem. Code §101.106(f) is attached hereto as Exhibit "A," and incorporated for all purposes.

1

2.   Appeal is made to the Fourth Court of Appeals.

3.   This Appeal is an accelerated appeal. Rule 28.1, T.R.A.P.

4.   The original notice of appeal is filed with the 408th Judicial District Court, Bexar County, Texas and a copy of same is filed with the Fourth Court of Appeals as Exhibit "B".

5.   The filing fee of $195.00 shall be remitted to the Fourth Court of Appeals concurrent with the filing of this Notice.

**WHEREFORE, PREMISES CONSIDERED**, Appellant, David Mauk, files this Notice of Appeal for purposes of obtaining Appellate review of the Court's denial of Defendant's Plea to the Jurisdiction on December 8, 2014.

Respectfully submitted,

**MCKAMIE KRUEGER, LLP**
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

/s/ Adolfo Ruiz
ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK**

## CERTIFICATE OF SERVICE

I certify that on December 24, 2014, a true and correct copy of *Notice of Interlocutory Appeal* was served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller                                              *Via Facsimile: 210.267.2982*
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232


/s/ Adolfo Ruiz

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § § | BEXAR COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION (PLEA TO THE JURISDICTION)-Tex. Civ. Prac. & Rem. Code §101.106(f)

On November 20, 2014 the Court considered the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) and Plaintiffs' Response thereto, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) is DENIED.

Signed on _____DEC - 8 2014_____, 2014.

JUDGE RICHARD PRICE

Pipe Creek\Pleadings\3338\Order Denying MTD   -1-

**EXHIBIT A**

APPROVED AS TO FORM ONLY:

KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449
Law Offices of Keith P. Miller, P.C.
Independence Plaza II
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982
Attorneys for Plaintiffs, Pipe Creek Water
Well, LLC and Robert Rae Powell

WILLIAM M. MCKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com
ADOLFO RUIZ
State Bar No. 17385600
adolfo@mckamiekrueger.com
McKamie Krueger, LLP
941 Proton Road
San Antonio, Texas 78258
Tel: (210) 546-2122
Fax: (210) 546-2130
Attorneys for Defendant,
David Mauk

Pipe Creek\Pleadings\3338\Order Denying MTD    -2-

**EXHIBIT A**

FILED
12/22/2014 10:36:34 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

## NOTICE OF INTERLOCUTORY APPEAL AND SUPERSEDEAS *(Accelerated)* ON THE DENIAL OF PLEA TO THE JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, David Mauk, files this Notice of Interlocutory Appeal under TEX. CIV. PRAC. & REM. CODE §51.014 (a) (8), notifying the Court and all other parties of this appeal of the Court's December 8, 2014, denial of the Defendant's Plea to the Jurisdiction – Tex. Civ. Prac. Rem. Code §101.106(f).

1. A true and correct copy of the Court's Order is attached hereto as Exhibit "A," and incorporated for all purposes. The Court's denial of the Plea to the Jurisdiction is immediately appealable under TEX. CIV. PRAC. & REM. CODE § 51.014(a) (8).

2. This interlocutory appeal is taken to the Fourth Court of Appeals, in San Antonio, Texas.

3. Further, Defendant clearly challenged the trial court's subject matter jurisdiction (Plea to the Jurisdiction) which was filed for submission or hearing not later than the latter of the 180th day after the date Defendant filed his original answer or other first responsive pleading as required by Tex. Civ. Prac. & Rem. Code § 51.014(c). In the Alternative, Defendant's Amended Motion to Dismiss (Plea to the Jurisdiction) was filed for submission or hearing not later than the

**EXHIBIT B**

latter of a date set by the trial court in a scheduling order entered under the Texas Rules of Civil Procedure as required by Tex. Civ. Prac. & Rem. Code § 51.014(c).

4. The perfection of an interlocutory appeal from a trial court order denying the Plea to the Jurisdiction stays all proceedings in the trial court, including trial on the merits, pending resolution of the appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(b).

5. Further, supersedeas of the trial court's order is automatic. It is undisputed that Defendant, David Mauk, is the General Manager and public employee of the Bandera County River Authority Groundwater District, a political subdivision of the State of Texas, and is exempt from security for costs, including bonds for appeal and supersedeas. Tex. Civ. Prac. & Rem. Code § 51.014(b). *Greanias v. City of Houston,* 841 S.W.2d 411, 413 (Tex. App. – Houston [1st. Dist.] 1992, orig. proceeding.

6. This is an accelerated appeal. Tex. Civ. Prac. & Rem. Code § 51.014; Tex. R. App. P. 25.1(d) (6).

**WHEREFORE, PREMISES CONSIDERED,** Defendant files this Notice of Interlocutory Appeal and Supersedeas for purposes of obtaining Appellate review of the trial court's denial of Defendant's Plea to the Jurisdiction and requests the Court and all parties take due notice.

Respectfully submitted,

MCKAMIE KRUEGER, LLP
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

**EXHIBIT B**

By: /s/: Adolfo Ruiz

ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK
DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, a true and correct copy of *Defendant's Notice of Interlocutory Appeal and Supersedeas* was served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller                                        *Via facsimile: 210.267.2982*
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Telephone: 210.524.9040

/s/: Adolfo Ruiz
Adolfo Ruiz

**EXHIBIT B**

CAUSE NO. 2013-CI-00386

| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § | IN THE DISTRICT COURT |
|---|---|---|
| *Plaintiffs* | § § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § § | BEXAR COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION (PLEA TO THE JURISDICTION)-Tex. Civ. Prac. & Rem. Code §101.106(f)

On November 20, 2014 the Court considered the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) and Plaintiffs' Response thereto, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) is DENIED.

Signed on _____ DEC - 8 2014 _____, 2014.

_____
JUDGE RICHARD PRICE

Pipe Creek\Pleadings\3338\Order Denying MTD    -1-

**EXHIBIT B**

APPROVED AS TO FORM ONLY:

KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449
Law Offices of Keith P. Miller, P.C.
Independence Plaza II
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982
Attorneys for Plaintiffs, Pipe Creek Water
Well, LLC and Robert Rae Powell

WILLIAM M. McKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com
ADOLFO RUIZ
State Bar No. 17385600
adolfo@mckamiekrueger.com
McKamie Krueger, LLP
941 Proton Road
San Antonio, Texas 78258
Tel: (210) 546-2122
Fax: (210) 546-2130
Attorneys for Defendant,
David Mauk

Pipe Creek\Pleadings\3338\Order Denying MTD   - 2 -

**EXHIBIT B**



**McKamie Krueger, LLP**

941 Proton
San Antonio, Texas 78258
210-546-2122
210-546-2130
www.mckamiekrueger.com

# Fax

To:
Megan H. Kucera and Keith P. Miller

Fax: 267.2982                                     Phone:

From: Karen Jouett, Paralegal to Mr. Adolfo Ruiz

Date:     December 24, 2014                    Pages:    11, including coversheet

Re: Pipe Creek Water Well, Inc. and Robert Rae Powell v. David Mauk; Our File #3338

COMMENTS:  Please see attached *Notice of Interlocutory Appeal* electronically filed with the Fourth Court of Appeals on this date.  Thank you.

NOTICE: The information contained in this message is intended for the personal and confidential use of the recipient(s) named above and may be privileged under Tex. R. Civ. P. 192, Article V of the Texas Rules of Evidence, and other related statutory, quasi-statutory, and common law.  In agreement with Chapter 552 of the Texas Gov't Code (the "Texas Public Information Act"), the material that is incorporated within this communication may not be dependent upon disclosure to the public under Section 552.101, et seq., of the Code.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited under Tex. R. Civ. P. 193.3(d).  If you have received this communication in error, please notify us immediately, and delete the original message. THIS IS NOT A PUBLIC RECORD

```
********************
*** FAX TX REPORT ***
********************

                        TRANSMISSION OK

        JOB NO.                 0815
        DEPT. ID                3338
        DESTINATION ADDRESS     2672982
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME                12/24 13:39
        USAGE T                 01'37
        PGS.                    11
        RESULT                  OK
```



**McKamie Krueger, LLP**

941 Proton
San Antonio, Texas 78258
210-546-2122
210-546-2130
www.mckamiekrueger.com

# Fax

| | |
|---|---|
| To: | Megan H. Kucera and Keith P. Miller |
| Fax: 267.2982 | Phone: |
| From: Karen Jouett, Paralegal to Mr. Adolfo Ruiz | |
| Date: December 24, 2014 | Pages: 11, including coversheet |
| Re: Pipe Creek Water Well, Inc. and Robert Rae Powell v. David Mauk; Our File #3338 | |

COMMENTS: Please see attached *Notice of Interlocutory Appeal* electronically filed with the Fourth Court of Appeals on this date. Thank you.

# TAB 3

FILED
12/29/2014 1:14:27 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Irene H. Torres

NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC | § | IN THE DISTRICT COURT |
| and ROBERT RAE POWELL | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | 408TH JUDICIAL DISTRICT |
| | § | |
| DAVID MAUK | § | |
| Defendant. | § | OF BEXAR COUNTY, TEXAS |

## PLAINTIFFS' MOTION FOR MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Pipe Creek Water Well, LLC and Robert Rae Powell and ask the

Court to refer this matter to mediation.  Plaintiffs request that the Court appoint a mediator if the

parties are unable to agree and set a date certain by which time mediation must take place.

Respectfully submitted,

Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982

/Megan Kucera/

By:_____
     KEITH P. MILLER
     State Bar No. 14093725
     MEGAN H. KUCERA
     State Bar No. 24076449
     Attorney for Plaintiffs
     Pipe Creek Water Well, LLC and
     Robert Rae Powell

## NOTICE OF HEARING

It is ORDERED that a hearing on the foregoing motion is set for January 14, 2015 at 8:30

a.m. in the 57th Judicial District Court, Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas

78205.

SIGNED ___12/29/2014_____.

ANTONIA ARTEAGA
DISTRICT JUDGE
57TH DISTRICT COURT

_____

JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been
served by:

___ Certified Mail Return Receipt Requested
___ First Class Mail
_x_ Telecopier
___ Hand-delivery

To the following:

William M. McKamie
Adolfo Ruiz
McKamie Kruger, LLP
941 Proton Road
San Antonio, Texas 78258
Telecopier: (210) 546-2130

On the 29th day of December, 2014.

/Megan Kucera/

_____

Megan Kucera

TAB 4

FILED
1/12/2015 5:05:05 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Eddie Pichardo

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S ADVISORY TO THE COURT AND IN THE ALTERNATIVE MOTION TO POSTPONE REFERRAL OF MATTER TO MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, DAVID MAUK and subject to its Interlocutory Appeal currently pending in the Fourth Court of Appeals No. 04-14-00906-CV and styled David Mauk, Appellant, v. Pipe Creek Water Well, LLC. and Robert Rae Powell, Appellees, files this Advisory to the Court and in the alternative Motion to Postpone Referral of Matter to Mediation and respectfully shows:

## ADVISORY TO THE COURT

1. On December 22, 2014 and December 24, 2014, Defendant filed his Notice of Interlocutory Appeal with the Bexar County District Clerk and the Fourth Court of Appeals. Said Notices are attached hereto as Exhibit "A" and "A-1" respectively. Defendant's Interlocutory Appeal is an accelerated appeal. Rule 28.1, T.R.A.P. An interlocutory appeal from a trial court order denying the Plea to the Jurisdiction stays all proceedings in the trial court, including trial on the merits, pending resolution of the appeal. Tex. Civ. Prac. & Rem. Code §51.014 (b). Since all matters in the instant case are stayed, the Court cannot consider Plaintiff's Motion for Mediation.

## IN THE ALTERNATIVE MOTION TO POSTPONE REFERRAL OF MATTER TO MEDIATION

2.     Without waving any of the foregoing, and subject to his Interlocutory Appeal, Defendant, in the alternative, requests that this Court, to the extent it has jurisdiction to consider this matter, postpone the Court's referral of this case to mediation until after the determination of Defendant's Accelerated Interlocutory Appeal to the Fourth Court of Appeals; after the parties have filed dispositive motions; and after the Court has ruled on the parties dispositive motions.

Respectfully submitted,

**McKamie Krueger, LLP**
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

ADOLFO RUIZ
State Bar No. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
State Bar No. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK**
**DEFENDANT**

## CERTFICATE OF SERVICE

I certify that on January 9, 2015, a true and correct copy of *Advisory to the Court And In The Alternative Motion to Postpone Referral of Matter to Mediation was* served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller                                                   *Via facsimile: 210.267.2982*
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Telephone: 210.524.9040

_____
ADOLFO RUIZ

FILED
12/22/2014 10:36:34 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>12/24/2014 1:54:44 PM |
| v. | § § | KEITH E. HOTTLE 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

### NOTICE OF INTERLOCUTORY APPEAL AND SUPERSEDEAS *(Accelerated)* ON THE DENIAL OF PLEA TO THE JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, David Mauk, files this Notice of Interlocutory Appeal under TEX. CIV. PRAC. & REM. CODE §51.014 (a) (8), notifying the Court and all other parties of this appeal of the Court's December 8, 2014, denial of the Defendant's Plea to the Jurisdiction – Tex. Civ. Prac. Rem. Code §101.106(f).

1.     A true and correct copy of the Court's Order is attached hereto as Exhibit "A," and incorporated for all purposes. The Court's denial of the Plea to the Jurisdiction is immediately appealable under TEX. CIV. PRAC. & REM. CODE § 51.014(a) (8).

2.     This interlocutory appeal is taken to the Fourth Court of Appeals, in San Antonio, Texas.

3.     Further, Defendant clearly challenged the trial court's subject matter jurisdiction (Plea to the Jurisdiction) which was filed for submission or hearing not later than the latter of the 180th day after the date Defendant filed his original answer or other first responsive pleading as required by Tex. Civ. Prac. & Rem. Code § 51.014(c). In the Alternative, Defendant's Amended Motion to Dismiss (Plea to the Jurisdiction) was filed for submission or hearing not later than the

1



latter of a date set by the trial court in a scheduling order entered under the Texas Rules of Civil Procedure as required by Tex. Civ. Prac. & Rem. Code § 51.014(c).

4. The perfection of an interlocutory appeal from a trial court order denying the Plea to the Jurisdiction stays all proceedings in the trial court, including trial on the merits, pending resolution of the appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(b).

5. Further, supersedeas of the trial court's order is automatic. It is undisputed that Defendant, David Mauk, is the General Manager and public employee of the Bandera County River Authority Groundwater District, a political subdivision of the State of Texas, and is exempt from security for costs, including bonds for appeal and supersedeas. Tex. Civ. Prac. & Rem. Code § 51.014(b). *Greanias v. City of Houston,* 841 S.W.2d 411, 413 (Tex. App. – Houston [1st. Dist.] 1992, orig. proceeding.

6. This is an accelerated appeal. Tex. Civ. Prac. & Rem. Code § 51.014; Tex. R. App. P. 25.1(d) (6).

**WHEREFORE, PREMISES CONSIDERED,** Defendant files this Notice of Interlocutory Appeal and Supersedeas for purposes of obtaining Appellate review of the trial court's denial of Defendant's Plea to the Jurisdiction and requests the Court and all parties take due notice.

Respectfully submitted,

MCKAMIE KRUEGER, LLP
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

By: /s/: Adolfo Ruiz
ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK
DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, a true and correct copy of *Defendant's Notice of Interlocutory Appeal and Supersedeas* was served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Telephone: 210.524.9040

*Via facsimile: 210.267.2982*

/s/: Adolfo Ruiz
Adolfo Ruiz

CAUSE NO. 2013-CI-00386

| | | |
|---|---|---|
| PIPE CREEK WATER WELL, LLC. and ROBERT RAE POWELL, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | |
| V. | § § | 408TH JUDICIAL DISTRICT |
| DAVID MAUK | § § | |
| *Defendant.* | § § | BEXAR COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION (PLEA TO THE JURISDICTION)-Tex. Civ. Prac. & Rem. Code §101.106(f)

On November 20, 2014 the Court considered the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) and Plaintiffs' Response thereto, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Defendant's Amended Motion to Dismiss For Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ. Prac. Rem. Code §101.106(f) is DENIED.

Signed on _____ DEC - 8 2014 _____, 2014.

JUDGE RICHARD PRICE

Pipe Creek\Pleadings\3338\Order Denying MTD    - 1 -

**EXHIBIT A**

APPROVED AS TO FORM ONLY:

KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449
Law Offices of Keith P. Miller, P.C.
Independence Plaza II
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982
Attorneys for Plaintiffs, Pipe Creek Water
Well, LLC and Robert Rae Powell

WILLIAM M. MCKAMIE
State Bar No. 13686800
mlok@mckamiekrueger.com
ADOLFO RUIZ
State Bar No. 17385600
adolfo@mckamiekrueger.com
McKamie Krueger, LLP
941 Proton Road
San Antonio, Texas 78258
Tel: (210) 546-2122
Fax: (210) 546-2130
Attorneys for Defendant,
David Mauk

Pipe Creek\Pleadings\3338\Order Denying MTD    - 2 -

ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 2:34:20 PM
KEITH HOTTLE
CLERK

No._____ 04-14-00906-CV _____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 2:34:20 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

**DAVID MAUK,**

Appellant

V.

**PIPE CREEK WATER WELL, LLC. AND ROBERT RAE POWELL,**

Appellees

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court,
Bexar County, Texas
The Honorable Richard Price, Presiding

## NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant, David Mauk ("Mauk"), files this Notice of Interlocutory Appeal and shows:

1.    A true and correct copy of the Court's December 8, 2014 Order signed by The Honorable Richard Price of the 285th Judicial District Court, denying Defendant's Amended Motion to Dismiss for Lack of Jurisdiction (Plea to the Jurisdiction)-Tex. Civ.Prac. Rem. Code §101.106(f) is attached hereto as Exhibit "A," and incorporated for all purposes.

1

**EXHIBIT**

*A-1*

2.    Appeal is made to the Fourth Court of Appeals.

3.    This Appeal is an accelerated appeal. Rule 28.1, T.R.A.P.

4.    The original notice of appeal is filed with the 408th Judicial District Court, Bexar County, Texas and a copy of same is filed with the Fourth Court of Appeals as Exhibit "B".

5.    The filing fee of $195.00 shall be remitted to the Fourth Court of Appeals concurrent with the filing of this Notice.

**WHEREFORE, PREMISES CONSIDERED**, Appellant, David Mauk, files this Notice of Appeal for purposes of obtaining Appellate review of the Court's denial of Defendant's Plea to the Jurisdiction on December 8, 2014.

Respectfully submitted,

**MCKAMIE KRUEGER, LLP**
941 Proton Road
San Antonio, Texas 78258
210.546.2122 Telephone
210.546.2130 Facsimile

/s/ Adolfo Ruiz
ADOLFO RUIZ
STATE BAR NO. 17385600
adolfo@mckamiekrueger.com
BARBARA L. QUIRK
STATE BAR NO. 16436750
barbara@mckamiekrueger.com

**ATTORNEYS FOR DAVID MAUK**

## CERTIFICATE OF SERVICE

I certify that on December 24, 2014, a true and correct copy of *Notice of Interlocutory Appeal* was served according to the Texas Rules of Civil Procedure in the manner indicated below on the following counsel of record:

Keith P. Miller
Megan H. Kucera
Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232

*Via Facsimile: 210.267.2982*

/s/ Adolfo Ruiz